**GILMAN AND PASTOR, LLP**
Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
60 State Street, 37th Floor
Boston, MA 02109
(617) 742-9700
Fax: (617) 573-4613

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BENSLEY CONSTRUCTION, INC., et al., | : |
| Plaintiffs, | : No. 2:06-cv-00716 (FSH) |
| v. | : **NOTICE OF VOLUNTARY DISMISSAL OF BENSLEY** |
| MARSH & MCLENNAN COMPANIES INC, et al., | : **CONSTRUCTON, INC.** |
| Defendants. | : |

COMES NOW Bensley Construction, Inc., ("Bensley") individually, and states as follows:

1. This action was previously pending in the U.S. District Court for the District of Massachusetts. On or about July 25, 2005, Bensley filed a Motion to Substitute Representative Plaintiff and for Leave to File a Second Amended Complaint. As stated in that motion, Bensley no longer wished to participate in

00008663.WPD ; 1

this matter and had asked to be removed as representative plaintiff.

2.  However, before ruling on this motion, the District of Massachusetts stayed the action pending resolution of a Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation ("JPML"). This action has since been transferred to this Court for consolidation with MDL 1663: *In re Insurance Brokerage Antitrust Litigation*, and consequently, Bensley's request to be removed has not yet been granted.

3.  No defendant has served an Answer or Motion for Summary Judgment in this matter.

4.  Consequently, pursuant to Fed. R. Civ. P. 41(a)(1)(i), Bensley now dismisses its claims in this matter, with prejudice.

Dated: June 22, 2006

By:

/s/ Kenneth G Gilman
Kenneth G. Gilman, Esq.
Douglas J. Hoffman, Esq.
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 573-4613

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I caused a true and correct copy of the within Notice of Voluntary Dismissal to be sent for filing to the Clerk of the United States District Court for the District of New Jersey via electronic filing to the CM/ECF system, which will send notification of such filing to all counsel on the attached service list, with the exception of those counsel that are not yet registered e-filers with the United States District Court for the District of New Jersey. On this same date, hard copies of the above-referenced documents were mailed through the U.S. Postal Service to all counsel who are not registered e-filers.

/s/ Kenneth G. Gilman
Kenneth G. Gilman

# Service List

## Via CM/ECF:

Anastasia Angelova
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
angelovaa@sullcrom.com

John F. Collins
Dewey Ballantine, LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000
jcollins@dbllp.com

Rachel L. Gerstein
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
42nd Floor
New York, NY 10022-2524
(212) 872-1000
rgerstein@akingump.com

Molly Lehr
Dewey Ballantine, LLP
1301 Avenue of the Americas
NEW YORK, NY 10019
(212) 259-8000
mlehr@dbllp.com

Robert Hardy Pees
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
(212) 872-1072
rpees@akingump.com

Richard C. Pepperman, II
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
peppermanr@sullcrom.com

Patrick Charles Schmitter
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
42nd Floor
New York, NY 10022
(212) 872-1000
pschmitter@akingump.com

Richard B. Zabel
Akin, Gump, Strauss, Haver & Feld, LLP
590 Madison Avenue, 42nd Floor
New York, NY 10022
(212) 872-8060
rzabel@akingump.com

**Via U.S. Mail**:

Edith Kallas
Whatley Drake & Kallas
535 Madison Avenue
12th Floor
New York, NY 10022

Daniel S. Savrin
Joshua Vitullo
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

H. Lee Godfrey
Christopher F. Jeu
Jeffrey R. Seely
Johnny W. Carter
Neal S. Manne
Susman Godfrey, LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096

Mark J. Claflin
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Sarah L. Levine
Timothy James Casey
Ropes & Gray LLP
One International Place
Boston, MA 02110

Paula M. Bagger
Cooke, Clancy & Gruenthal LLP
265 Franklin St
Boston, MA 02110

Christine Marie Griffin
Juliane Balliro
Wolf, Block, Schorr & Solis-Cohen LLP
One Boston Place
Boston, MA 02108

John A. D. Gilmore
DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA 02110-2600

Laura Besvinick
Hogan & Harston LLP
Suite 1900
Mellon Financial Center
1111 Brickell Avenue
Miami, FL 33131

Ian J. Crawford
Todd & Weld LLP
28 State St., 31st Floor
Boston, MA 02109

Daniel B. Winslow
Patricia R. Rich
Duane Morris LLP
470 Atlantic Ave., Suite 500
Boston, MA 02210

Barry Y. Weiner
Maureen Mulligan
Ruberto Israel & Weiner PC
100 N. Washington St
Boston, MA 02114

Deborah E Hryb
Patrick Shea
Paul Hastings Janofsky & Walker LLP
9th Floor, 1055 Washington St
Stamford, CT 06901

Joseph M Hamilton
Kristina H Allaire
Mirick, O'Connell, Demallie & Lougee LLP
100 Front St., Suite 1700
Worcester, MA 01608

A. Hugh Scott
Kathleen C. Henry
Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110

Bruce W. Edmands
David B. Hobbie
Eckert Seamans Cherin & Mellott LLC
One International Place, 18th Floor
Boston, MA 02110

Ralph T. Lepore, III
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116